JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| WHITE OAK VINEYARDS & WINERY LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WHITE OAK SPIRITS, LLC, a Florida limited liability company,<br><br>Defendant. | Case No: 2:14-cv-09830-MWF (PJWx)<br><br>*Honorable Michael W. Fitzgerald*<br><br>**ORDER RE PERMANENT INJUNCTION** |

The parties having so stipulated, IT IS HEREBY ORDERED THAT Defendant White Oak Spirits, LLC shall be permanently enjoined as follows:

1. To the extent White Oak Spirits has not already done so, it shall immediately and permanently cease from producing, distributing, selling, importing, marketing, promoting or advertising any beverage that uses the name "WHITE OAK" in the brand name or any other marks that are likely to cause confusion with White Oak Vineyards & Winery's WHITE OAK products; and,

2. White Oak Spirits shall immediately and permanently cease the use of the term WHITE OAK in any and all activities including advertising, promoting, marketing, franchising, distributing, selling, and offering for sale any beverage product in any media, whether in person, in print, or by electronic or digital means

**CARLE, MACKIE, POWER & ROSS LLP**

1

1  including, but not limited to, newspapers, magazines, bus shelters, billboards as
2  well as via the Internet, including, but not limited to, company websites,
3  promotional websites, social media websites, YouTube or other video-related
4  websites, food reviewing websites, blogs, email, SMS and the like.

5      3.    Upon entry of this Order, Plaintiff White Oak Vineyards & Winery
6  LLC shall dismiss its complaint, and each party shall bear its own attorney's fees
7  and costs.

8      **IT IS SO ORDERED.**

10  Date: March 31, 2015

                                     Hon. Michael W. Fitzgerald